No. 81–989. DALLAS COUNTY, TEXAS, ET AL. *v.* BARRETT ET AL. C. A. 5th Cir. Motion of County Judges and Commissioners Association of Texas for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 81–990. DALLAS COUNTY, TEXAS, ET AL. *v.* COLLINS ET AL. C. A. 5th Cir. Motion of County Judges and Commissioners Association of Texas for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 81–1359. COTTON PETROLEUM CORP. *v.* EDWARDS, SECRETARY OF ENERGY, ET AL. Temp. Emerg. Ct. App. Certiorari denied. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 81–1380. NORTHSIDE REALTY ASSOCIATES, INC., ET AL. *v.* UNITED STATES; and

No. 81–1405. BROWNING-FERRIS INDUSTRIES OF GEORGIA, INC., ET AL. *v.* UNITED STATES. C. A. 11th Cir. Motion of American Civil Liberties Union of Georgia for leave to file a brief as *amicus curiae* granted. Certiorari denied. Reported below: 659 F. 2d 590.

No. 81–1385. PEPSI-COLA DISTRIBUTING COMPANY OF KNOXVILLE, TENNESSEE, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. JUSTICE BLACKMUN and JUSTICE O'CONNOR would grant certiorari.

No. 81–1391. THREE J FARMS, INC., ET AL. *v.* PLAINTIFFS' STEERING COMMITTEE ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.